UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS COOPER, *et al.*,

               Plaintiffs,

v.

AGRIFY CORPORATION,

               Defendant.

CASE NO. 2:21-cv-00061-RSL-JRC

ORDER GRANTING STIPULATED REQUEST TO AMEND SCHEDULING ORDER

      This matter is before the Court on referral from the District Court and on the parties' stipulated request by email to amend the pretrial scheduling order. *See* Dkt. 11, at 1 (allowing such requests). The parties request that certain dates be postponed until after the Court has ruled on a pending motion to dismiss, as necessary. Upon consideration, the Court finds good cause and grants the request.

      The pretrial schedule is modified as follows: Federal Rule of Civil Procedure 26(f) disclosures are due 7 days after the Court's final order on the pending motion to dismiss (Dkt. 12), and initial disclosures and the joint status report and discovery plan are due 14 days after the

1 | Court's final order on the pending motion to dismiss.  Except as modified herein, the Court's

2 | pretrial scheduling order remains in effect.

3 |     Dated this 17th day of March, 2021.

*[signature]*

J. Richard Creatura
United States Magistrate Judge