UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS COOPER, *et al.*,

        Plaintiffs,

v.

AGRIFY CORPORATION,

        Defendant.

CASE NO. 2:21-cv-00061-RSL-JRC

ORDER GRANTING EXTENSION TO DISCOVERY DEADLINES

This matter is before the Court on the parties' stipulated motion to continue certain discovery deadlines. Dkt. 46. The Court finds good cause and grants the motion. The scheduling order in this matter (Dkt. 31) is amended as follows:

| | **Prior Deadline** | **Amended Deadline** |
|---|---|---|
| Plaintiffs' Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | December 10, 2021 | March 10, 2022 |
| Defendant's Expert Disclosures under Fed R. Civ. P. 26(a)(2) | January 7, 2022 | April 7, 2022 |
| Rebuttal Expert Disclosure | January 21, 2022 | April 21, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | | |

| Discovery completed by | March 11, 2022 | May 10, 2022 |
|---|---|---|
| All dispositive motions must be filed by (see LCR 7(d)) | April 8, 2022 | June 7, 2022 |

Except as amended herein, the parties shall comply with the Court's previous scheduling order. Dkt. 31.

Dated this 23rd day of November, 2021.

_J. Richard Creatura (signature)_

J. Richard Creatura
Chief United States Magistrate Judge