UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS COOPER, a Washington State citizen; and RICHARD WEINSTEIN, a Georgia citizen,<br><br>Plaintiffs,<br><br>v.<br><br>AGRIFY CORPORATION f/k/a AGRINAMICS CORPORATION, a Nevada corporation,<br><br>Defendant. | CASE NO. NO. 2:21-CV-00061-RSL-JRC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiffs Nicholas Cooper and Richard Weinstein ("Plaintiffs") and Defendant Agrify Corporation ("Defendant"), hereby stipulate to the entry of an Order dismissing Plaintiffs' Complaint in its entirety with prejudice and without an award of costs or attorneys' fees to any party.

///

//

//

//

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE (2:21-CV-00061-RSL-JRC) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 19th day of August 2022.

By: s/ *Jacob M. Downs*
Jacob M. Downs, WSBA #37982
jdowns@corrdowns.com
Jacqueline Hackler, WSBA #52636
jhackler@corrdowns.com
Corr|Downs PLLC
100 West Harrison Street
Suite N440
Seattle, WA 98119
206.962.5040

Attorneys for Plaintiffs

By: s/ *Mark J. Goldberg*
Mark J. Goldberg
J.D. Taliaferro
*Pro Hac Vice*
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990
Email: mgoldberg@loeb.com
jtaliaferro@loeb.com

By: *s/ Emily Bushaw*
Emily Bushaw, WSBA No. 41693
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EBushaw@perkinscoie.com

Attorneys for Defendant Agrify Corporation

## ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Complaint is dismissed in its entirety with prejudice and without an award of costs or attorneys' fees to any party.

Dated this 22nd day of August, 2022.

Robert S. Lasnik
United States District Judge

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE (2:21-CV-00061-RSL-JRC)- 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000